# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES CALVIN BELL

NO. 2020 KW 1260

FEB 1 8 2021

---

In Re:    James Calvin Bell, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-86-0939.

---

BEFORE:    **WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the indictment, the commitment order, all pertinent minute entries and/or transcripts, and any other portion of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before April 12, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

*a.s~~l*
_____
DEPUTY CLERK OF COURT
FOR THE COURT